**O**
**JS-6/ENTER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEENA F. BARNES, | ) | Case No. CV 11-6340 CJC (JCG) |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN L. HUBBARD, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 6, 2014

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE